## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **PATRICIA ALBRITTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **HSBC BANK USA, NA, (Formerly** | ) | **CIVIL ACTION NO.** |
| **Household Credit Services), EQUIFAX** | ) | **1:12-cv-00082** |
| **INFORMATION SERVICES, LLC,** | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC., AND TRANS** | ) | |
| **UNION, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant HSBC Bank USA, N.A. ("HSBC"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Patricia Albritton ("Plaintiff") against HSBC.

HSBC, therefore, requests that this Honorable Court give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted on this 12th day of April, 2012,

1995814 v1

_s/ Alan D. Leeth_
Alan D. Leeth (ASB-9054-H61A)
Matthew T. Mitchell (ASB-8674-W65M)
John Browning (ASB-6884-J50B)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
aleeth@burr.com
mmitchel@burr.com

BURR & FORMAN LLP
P.O. Box 16046
Mobile, Alabama 36616
Telephone:  (251) 345-8211
Facsimile:  (251) 344-9696
jbrownin@burr.com

Attorneys for Defendant
HSBC BANK USA, N.A.

1995814 v1

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 12th day of April, 2012:

Richard F. Matthews, Jr.
The Anderson Law Firm, LLC
7515 Halcyon Pointe Drive
Mobile, Alabama 36117

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203

L. Jackson Young , Jr.
Ferguson Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, AL 35243

Keasha Ann Broussard
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

*s/ Alan D. Leeth*
OF COUNSEL