IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICIA ALBRITTON,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 12-00082-B |
| | * |
| **EQUIFAX INFORMATION SERVICES, LLC,** *et al.*, | * |
| | * |
| | * |
| Defendants. | * |

**ORDER**

The action is before the Court on Defendant HSBC Bank USA, N.V.'s Notice of Settlement. (Doc. 27). In the Notice, Defendant advises that all claims between Plaintiff and Defendant HSBC Bank USA N.V. have been settled, and that the parties will need thirty days to file the necessary dismissal papers. Upon consideration, it is hereby **ORDERED** that Plaintiff's claims against Defendant HSBC Bank USA, N.V. are hereby **DISMISSED** with prejudice, provided that either party may reinstate this action within thirty days from the date of the entry of this order if the settlement agreement is not consummated.

Ordered this **13th** day of **April, 2012.**

　　　　　　　　　　　　　　　　　　/s/ SONJA F. BIVINS
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**