IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICIA ALBRITTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CASE NO. 1:12-CV-00082-CG-B** |
| | ) |
| **HSBC BANK USA, NA (Formerly** | ) |
| **Household Credit Services),** | ) |
| **EQUIFAX INFORMATION** | ) |
| **SERVICES, LLC, EXPERIAN** | ) |
| **INFORMATION SOLUTIONS, INC.,** | ) |
| **and TRANS UNION, LLC,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANT EXPERIAN'S NOTICE OF SETTLEMENT**

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian") and hereby notifies the Court that Experian and Plaintiff have settled all claims between them in this matter on May 21, 2012, and are in the process of completing the final closing documents and filing the dismissal papers, which Experian expects will take from 30 to 45 days from the date of this Notice to complete.  Upon completion of this process, Plaintiff and Experian will file a joint stipulation of dismissal with prejudice or a joint motion to dismiss with prejudice.

Dated: May 21, 2012

Respectfully submitted,

*/s/ L. Jackson Young, Jr.*
L. Jackson Young, Jr. (ASB-7946-G65L)
FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
ljy@ffdlaw.com
Telephone:  (205) 879-8722
Telecopier:  (205) 879-8831
*ATTORNEY FOR DEFENDANT*
*EXPERIAN INFORMATION SOLUTIONS,*
*INC.*

## CERTIFICATE OF SERVICE

I, the undersigned, do certify that on this 21st day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Richard F. Matthews, Jr., Esq.
rmatthews@theandersonlawfirm.com
The Anderson Law Firm
4121 Carmichael Road, Suite 304
Montgomery, Alabama 36106

K. Ann Broussard, Esq.
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521

Matthew W. Robinett, Esq.
mrobinett@nwkt.com
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, Alabama 35203

Alan D. Leeth, Esq.
aleeth@burr.com
Burr & Forman, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

                                            */s/ L. Jackson Young, Jr.*
                                            Of Counsel