IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| PATRICIA ALBRITTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:12-CV-00082-B |
| | ) | |
| HSBC BANK USA, NA (Formerly | ) | |
| Household Credit Services), | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC., | ) | |
| and TRANS UNION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Patricia Albritton and Defendant Experian Information Solutions, Inc. ("Experian") file this Joint Motion for Order of Dismissal of Experian pursuant to Federal Rule of Civil Procedure 41. Plaintiff and Experian hereby stipulate and agree that all matters have been compromised and settled, and that all claims alleged by Plaintiff against Experian should be dismissed, with prejudice.

WHEREFORE, Plaintiff and Experian jointly request and stipulate to entry of an Order providing that:

1.   All claims asserted by Plaintiff against Experian are dismissed with prejudice;

2.   Plaintiff and Experian shall each bear her or its own costs, expenses and attorney's fees associated with the litigation of this action; and

3.      All unresolved pending motions in this action between these settling parties shall

be denied as moot.


Dated: June 18, 2012                          Respectfully submitted,


                                              */s/Richard F. Matthews, Jr.*
                                              Richard F. Matthews, Jr. (ASB-0250-D50M)
                                              THE ANDERSON LAW FIRM
                                              4121 Carmichael Road, Suite 304
                                              Montgomery, AL  36106
                                              rmatthews@theandersonlawfirm.com
                                              Telephone:  (334) 272-9880
                                              Telecopier:  (334) 272-2551
                                              *ATTORNEY FOR PLAINTIFF*



                                              */s/ L. Jackson Young, Jr.*
                                              L. Jackson Young, Jr. (ASB-7946-G65L)
                                              FERGUSON FROST & DODSON, LLP
                                              2500 Acton Road, Suite 200
                                              Birmingham, AL  35243
                                              ljy@ffdlaw.com
                                              Telephone:  (205) 879-8722
                                              Telecopier:  (205) 879-8831
                                              *ATTORNEY FOR DEFENDANT EXPERIAN*
                                              *INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| PATRICIA ALBRITTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:12-CV-00082-B |
| | ) | |
| HSBC BANK USA, NA (Formerly | ) | |
| Household Credit Services), | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC., | ) | |
| and TRANS UNION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

This Court, having considered Plaintiff and Defendant Experian Information Solutions, Inc.'s Joint Motion for Order of Dismissal With Prejudice of Defendant Experian Information Solutions, Inc., finds that the Motion is well taken and should be GRANTED in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1.      All claims asserted by Plaintiff against Experian are dismissed with prejudice;

2.      Plaintiff and Experian shall each bear her or its own costs, expenses and attorney's fees associated with the litigation of this action; and

3.      All unresolved pending motions in this action between these settling parties shall be denied as moot.

 

_____

Honorable Callie V.S. Granade
United States District Judge

cc:      All Counsel of Record

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June 2012, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

Richard F. Matthews, Jr.
rmatthews@theandersonlawfirm.com
The Anderson Law Firm, LLC
7515 Halcyon Pointe Drive
Montgomery, AL 36117
Telephone: (334) 272-9880
Facsimile: (334) 272-2551
*Attorneys for Plaintiff*

Matthew W. Robinett
mrobinett@nwkt.com
Norman, Wood, Kendrick & Turner
505 20th Street North, Financial Center
Suite 1600
Birmingham, AL 35203
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
*Attorneys for Defendant Trans Union, LLC*

K. Ann Broussard
abroussard@kslaw.com
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 215-5725
Facsimile: (404) 572-5100

*and*

Kirkland E. Reid
kreid@joneswalker.com
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, LLP
P.O. Box 46
Mobile, AL 36601
Telephone: (251) 439-7513
Facsimile: (251) 433-4106
*Attorneys for Defendant Equifax*
*Information Services LLC*

/s/ L. Jackson Young, Jr.
Of Counsel