# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **PATRICIA ALBRITTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:12-cv-82-CG-B |
| ) | |
| **HSBC BANK USA, NA, et al,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENDORSEMENT

Pursuant to the ECF Procedures Manual, I, counsel for the Plaintiff Patricia Albritton, hereby certify that I agreed to the filing of the Joint Motion for Order of Dismissal with Prejudice of Defendant Experian Information Solutions, Inc., which was filed electronically on June 18, 2012.

RESPECTFULLY submitted this the 21st day of June, 2012.

/s/Richard F. Matthews, Jr.
**RICHARD F. MATTHEWS, JR.**
**(MAT048)** ASB-0240-D50M
**Attorney for Plaintiff**
The Anderson Law Firm, LLC
7515 Halcyon Pointe Drive
Montgomery, Alabama 36117
Telephone: 334-272-9880
Facsimile: 334-272-2551
Email: rmatthews@theandersonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alan D. Leeth
Burr & Forman, LLP
420 North 20th Street
Birmingham, AL 35203

Matthew Robinett
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203

L. Jackson Young, Jr.
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, AL 35243

K. Ann Broussard
King & Spalding, LLP
1180 Peachtree Street NE
Atltanta, GA 30309

Kirkland E. Reid
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, LLP
254 State Street
Mobile, AL 36601

        /s/Richard F. Matthews, Jr.
        **OF COUNSEL**