# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

PATRICIA ALBRITTON,      )
     Plaintiff,          )
                       )
vs.                )     **Case No.:  1:12-cv-82-CG-B**
                       )
HSBC BANK USA, NA, et al,   )
     Defendants.        )

## MOTION TO DISMISS

COMES NOW the Plaintiff Patricia Albritton, by and through the undersigned counsel, and respectfully moves this Honorable Court to dismiss the above styled cause of action as all parties have now resolved their issues in this matter.

WHEREFORE, the premises considered, Plaintiff Patricia Albritton respectfully prays this Honorable Court enter an Order dismissing this case with prejudice.

RESPECTFULLY submitted this the 25th day of June, 2012.

/s/Richard F. Matthews, Jr.
**RICHARD F. MATTHEWS, JR.
(MAT048)** ASB-0240-D50M
**Attorney for Plaintiff**
The Anderson Law Firm, LLC
7515 Halcyon Pointe Drive
Montgomery, Alabama 36117
Telephone: 334-272-9880
Facsimile: 334-272-2551
Email: rmatthews@theandersonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of June 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alan D. Leeth
Burr & Forman, LLP
420 North 20th Street
Birmingham, AL 35203

Matthew Robinett
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203

L. Jackson Young, Jr.
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, AL 35243

K. Ann Broussard
King & Spalding, LLP
1180 Peachtree Street NE
Atltanta, GA 30309

Kirkland E. Reid
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, LLP
254 State Street
Mobile, AL 36601


/s/Richard F. Matthews, Jr.
**OF COUNSEL**